## 10079. CÆSAR v. THE STATE.

BLOODWORTH, J. 1. "Under repeated rulings of this court and of the Supreme Court, a ground of a motion for a new trial must be complete in itself. When it is so incomplete as to require this court to refer to the pleadings or to the brief of evidence, it will not be considered." *Bridges* v. *Griffin,* 20 *Ga. App.* 598 (2), 599 (93 S. E. 170). See also *Copeland* v. *Ruff,* 20 *Ga. App.* 217 (2) (92 S. E. 955); *Head* v. *State,* 144 *Ga.* 383 (87 S. E. 273); *Smiley* v. *Smiley,* 144 *Ga.* 546 (2) (87 S. E. 668). Under the rulings in these cases none of the special

grounds of the motion for new trial in this case can be considered by this court. Each ground refers to some road, but fails to show whether it is the road mentioned in the indictment, and this can not be determined without reference to other parts of the record.

2. There is ample evidence to support the verdict.

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*

DECIDED NOVEMBER 1, 1918.

Indictment for misdemeanor; from Colquitt superior court—Judge Thomas. July 16, 1918.

*Parker & Gibson,* for plaintiff in error.

*Clifford E. Hay, solicitor-general,* contra.